# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-311-816**

**Effective Date of Registration:**
July 28, 2022

**Registration Decision Date:**
August 02, 2022

## Title

**Title of Work:** The Liforme Yoga Mat 1

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** May 31, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Liforme Ltd
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Liforme Ltd
Unit A, 10 Belmont Street, London, NW1 8HH, United Kingdom

## Rights and Permissions

**Organization Name:** Thoits Law
**Name:** Katie Kavanaugh
**Email:** kkavanaugh@thoits.com
**Telephone:** (650)327-4200
**Address:** 400 Main St
#250
Los Altos, CA 94022 United States

## Certification

**Name:** Katie Kavanaugh
**Date:** July 28, 2022

**Copyright Office notes:** Regarding basis for registration: Pictorial features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.