# EXHIBIT 2

US00D785105S

| (12) | United States Design Patent | (10) Patent No.: | US D785,105 S |
|---|---|---|---|
| | Armitage | (45) Date of Patent: ** | Apr. 25, 2017 |

(54) **EXERCISE MAT**

(71) Applicant: **Liforme Limited**, Greater London (GB)

(72) Inventor: **James Armitage**, Greater London (GB)

(73) Assignee: **Liforme Limited** (GB)

(**) Term: **15 Years**

(21) Appl. No.: **29/548,823**

(22) Filed: **Dec. 16, 2015**

(51) **LOC (10) Cl.** ............................................... **21-02**
(52) **U.S. Cl.**
 USPC ....................................... **D21/686**
(58) **Field of Classification Search**
 USPC .... D21/790, 686, 671, 306, 302; 428/195.1,
 428/207, 906, 71, 304.4, 317.1; D6/592,
 D6/591, 589, 588, 583, 582; 5/417, 420;
 482/23, 142, 51, 148, 13, 30, 52, 74, 909;
 D25/138; 434/258, 236, 19, 71
 CPC ... A63B 21/4037; A63B 6/00; A63B 2210/50;
 A63B 23/0458; A63B 2208/0204; Y10T
 428/24802
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D457,373 S | * | 5/2002 | Prinzmetal ..................... D6/582 |
| D660,068 S | * | 5/2012 | Wang ............................ D6/582 |
| 8,220,087 B2 | * | 7/2012 | Villa .................. A63B 21/4037 |
| | | | 482/142 |
| D699,978 S | * | 2/2014 | Hasta ............................ D6/582 |
| D699,979 S | * | 2/2014 | Tamayo ......................... D6/582 |
| D699,980 S | * | 2/2014 | Tamayo ......................... D6/589 |
| D707,057 S | * | 6/2014 | Hasta ............................ D6/582 |
| D710,129 S | * | 8/2014 | Armitage ....................... D6/582 |
| D733,461 S | * | 7/2015 | Diaz ............................ D6/592 |
| 9,211,437 B2 | * | 12/2015 | Soba ...................... A63B 21/15 |
| 2001/0034288 A1 | * | 10/2001 | Howlett-Campanella ....... A63B 21/4037 |
| | | | 482/23 |
| 2003/0017915 A1 | * | 1/2003 | Prinzmetal ............... A63B 6/00 |
| | | | 482/23 |
| 2009/0110867 A1 | * | 4/2009 | Feng Shen ............... A63B 6/00 |
| | | | 428/71 |
| 2012/0233772 A1 | * | 9/2012 | Wang ................. A47G 27/0237 |
| | | | 5/417 |
| 2013/0180048 A1 | * | 7/2013 | Saltzman ............. A63B 23/035 |
| | | | 5/417 |
| 2014/0007345 A1 | * | 1/2014 | Hasta ................. A63B 21/4037 |
| | | | 5/417 |

OTHER PUBLICATIONS

Liforme by Liforme dated no date given. Found online [Nov. 23, 2016] https://liforme.com/.*

* cited by examiner

*Primary Examiner* — Robert M Spear
*Assistant Examiner* — Ryan Harvey
(74) *Attorney, Agent, or Firm* — Newman Law, LLC

(57) **CLAIM**

The ornamental design for an exercise mat, as shown and described.

DESCRIPTION

FIG. **1** is a perspective view of the exercise mat;
FIG. **2** is a top view of the exercise mat shown in FIG. **1**;
FIG. **3** is a bottom view of the exercise mat shown in FIG. **1**;
FIG. **4** is a left side view of the exercise mat shown in FIG. **1**, the right side is identical to the left side shown; and,
FIG. **5** is a front view of the exercise mat shown in FIG. **1**, the rear is identical to the front view shown.
The contrast in shading represents a contrast in appearance only and the lines shown on the upper surface represent markings in the upper surface of the exercise mat.

**1 Claim, 5 Drawing Sheets**



**U.S. Patent**  Apr. 25, 2017  Sheet 1 of 5  US D785,105 S



Figure 1



Figure 2



Figure 3



Figure 4

Figure 5

US00D805811S

(12) **United States Design Patent** (10) Patent No.: **US D805,811 S**
Armitage (45) **Date of Patent:** ★★ **Dec. 26, 2017**

(54) **EXERCISE MAT**

(71) Applicant: **Liforme Limited**, London (GB)

(72) Inventor: **James Armitage**, London (GB)

(73) Assignee: **Liforme Limited** (GB)

(**) Term: **15 Years**

(21) Appl. No.: **29/572,193**

(22) Filed: **Jul. 26, 2016**

(51) **LOC (10) Cl.** .............................................. 06-10
(52) **U.S. Cl.**
USPC ........................................................ D6/582
(58) **Field of Classification Search**
USPC ... D5/28, 37, 39, 43, 55, 57, 58, 60, 63, 65;
D6/582–593, 597, 598, 608, 609, 613,
D6/614, 616, 617, 618; D8/374;
D21/662, 671, 686, 792; D25/105, 138,
D25/157; D30/118, 161; D32/57
CPC ............ A47G 27/0206; A47G 27/0212; A47G
27/0218; A47G 27/0225; A47G 27/0237;
A47G 27/0293; A47K 7/026; A47L
23/26; A47L 23/266; A63B 6/00; A63B
21/4037
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 5,910,053 | A | * | 6/1999 | Scalise | A63B 69/3667 |
| | | | | | 473/257 |
| D457,373 | S | * | 5/2002 | Prinzmetal | D6/582 |
| D509,873 | S | * | 9/2005 | Dias | D21/792 |
| D544,281 | S | * | 6/2007 | Appleby | D6/582 |
| D688,068 | S | * | 8/2013 | Ntoukas | D6/587 |
| D699,481 | S | * | 2/2014 | Doherty | D6/582 |
| D707,057 | S | * | 6/2014 | Hasta | D6/582 |
| D710,129 | S | * | 8/2014 | Armitage | D6/582 |
| D785,105 | S | * | 4/2017 | Armitage | D21/686 |
| 2001/0034288 | A1 | * | 10/2001 | Howlett-Campanella | A63B 21/4037 |
| | | | | | 482/23 |
| 2003/0017915 | A1 | * | 1/2003 | Prinzmetal | A63B 6/00 |
| | | | | | 482/23 |
| 2014/0007345 | A1 | * | 1/2014 | Hasta | A63B 21/4037 |
| | | | | | 5/417 |
| 2015/0101123 | A1 | * | 4/2015 | Robo | A63B 21/4037 |
| | | | | | 5/417 |

* cited by examiner

*Primary Examiner* — Celia Murphy
*Assistant Examiner* — Clare Ann Gannon
(74) *Attorney, Agent, or Firm* — Laubscher, Spendlove & Laubscher, P.C.

(57) **CLAIM**

The ornamental design for an exercise mat, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of an exercise mat showing my new design;
FIG. **2** is a top plan view thereof;
FIG. **3** is a bottom plan view thereof;
FIG. **4** is a left side elevation view, the right side being a mirror image thereof; and,
FIG. **5** is an rear elevation view, the front being a mirror image thereof.

**1 Claim, 5 Drawing Sheets**





Fig. 1



Fig. 2



Fig. 3

Fig. 4

Fig. 5