IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIFORME LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, | ) ) ) ) ) ) ) Case No.: 23-cv-14195 |
| Defendants. | ) ) ) ) |

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION REGARDING PLAINTIFF'S <u>EX PARTE</u> MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER**

Plaintiff LIFORME LTD. ("<u>LIFORME</u>") by and through its undersigned counsel and pursuant to Local Rule 7.1 of the United States District Court Northern District of Illinois, hereby moves for an order granting Plaintiff leave to submit its brief in support of Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order ("<u>TRO</u>") in excess of the page limitations set by the Court.

As part of the TRO, Plaintiff seeks: (1) a temporary injunction against the defendants identified on Schedule A to the Complaint (collectively "<u>Defendants</u>") enjoining the offering for sale, and sale of Counterfeit Products infringing on the LIFORME Patent Registrations and the LIFORME Copyright Registration; (2) a temporary transfer of the Defendant Internet Stores to Plaintiff; (3) a temporary restraint of Defendants' assets to preserve Plaintiff's right to an equitable accounting; (4) expedited discovery allowing Plaintiff to inspect and copy Defendants' records

1

relating to the manufacture, distribution, offering for sale, and sale of Counterfeit LIFORME Products and Defendants' financial accounts; and (5) service by e-mail and/or electronic publication (collectively, the "*Ex Parte* Motion for TRO").

Plaintiff's *Ex Parte* Motion for TRO includes at least five (5) distinct issues regarding Plaintiff's intellectual property rights, each of which must be decided simultaneously. Plaintiff's brief contains necessary substantive content relevant to each issue that should be considered. Plaintiff's brief is 42 pages, which is substantially less than the 75-page limit allowed if five motions were filed separately. Plaintiff, therefore, respectfully requests that it be granted leave to file a combined brief in excess of 15 pages, attached hereto as **Exhibit A**, for purposes of efficiency.

Dated: September 27, 2023

Respectfully submitted,

By: /s/ *Brittany Zoll*

Brittany Zoll (NDIL #5478672)
Rossana Baeza (NDIL #1007668)
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
bzoll@bsfllp.com
rbaeza@bsfllp.com

*Attorneys for Plaintiff LIFORME LTD.*