# EXHIBIT C

## AMENDED SCHEDULE A

| Doe No. | Defendant Name | Defendant Online Marketplace |
|---|---|---|
| 29 | $ National Flag | https://www.amazon.com/sp?seller=A31KHDPIMMXW8K |
| 31 | 5OMNIUM | https://www.amazon.com/sp?seller=A2ONQYMKC5BWM |
| 32 | Amazing Business Limited | https://www.amazon.com/sp?seller=ACB3EZY3C1TIL |
| 33 | AOTA Online | https://www.amazon.com/sp?seller=APEG4IQWPUUQM |
| 36 | DAWAY | https://www.amazon.com/sp?seller=A1RJXUG1KIZBWL |
| 37 | Decfine | https://www.amazon.com/sp?seller=A2359UCTWHGQMK |
| | | |
| 39 | EnergyStaR | https://www.amazon.com/sp?seller=AG0VYEC95NYO1 |
| 41 | FMXSL-US | https://www.amazon.com/sp?seller=A342ZLIIS4DV4D |
| 42 | Foni Shop | https://www.amazon.com/sp?seller=A2BC49P5X90C2X |
| 43 | Frenzybird | https://www.amazon.com/sp?seller=A1VXPWALKP8NSO |
| 44 | fsadaada | https://www.amazon.com/sp?seller=A2U2BJRMNF740K |
| 47 | HSLSTORE | https://www.amazon.com/sp?seller=A11G9JXUY5TJSP |
| 48 | hukjieda | https://www.amazon.com/sp?seller=A38CR3K1VW3ROM |
| 49 | I.C.K Deals | https://www.amazon.com/sp?seller=A31D86I2TBZ5S1 |
| 57 | KUGYUGJYUJ | https://www.amazon.com/sp?seller=A13BTQTMMQSG9S |
| 60 | LYNLIN | https://www.amazon.com/sp?seller=A1U4X00UMV958A |
| 70 | qiqisupermarket | https://www.amazon.com/sp?seller=A36CRPI9VEG9OQ |
| 80 | XingZhouHe | https://www.amazon.com/sp?seller=a102of9f9s428u |
| 84 | YiMiBaiHuo | https://www.amazon.com/sp?seller=A1SMX0SWLFKKEL |
| 140 | Herui Technology Fitness | https://www.walmart.com/reviews/seller/101246929 |